MARISA POCCI, ESQ.
Nevada Bar No. 10720
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: Pocci@litchfieldcavo.com
Email: Xara@LitchfieldCavo.com
*Attorney for Defendant Life Time, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YAMIKA ARIAS and JONEL HAMLETT, individually, and on behalf of their son, SER MADDOX HAMLETT,<br><br>                    Plaintiffs,<br><br>v.<br><br>LIFE TIME, INC., a Minnesota corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No.:   2:25-cv-00299-GMN-BNW<br><br>**DEFENDANT LIFE TIME, INC.'S STATEMENT REGARDING REMOVAL PURSUANT WITH ECF NO. 3.** |

Defendant Life Time Inc. ("Life Time") files its Removal Statement in accordance with the court's February 14, 2025 minute order.  **ECF No. 3**.

**1.     The date on which you were served with a copy of the complaint:**

Life Time, Inc. was served with a copy of the Complaint on January 16, 2025.

**2.     The Date on which you were served with a copy of the summons**.

Life Time was served with a copy of the Summons on January 16, 2025 (service of the Complaint and Summons occurred concurrently, although proof of service for the summons has not yet been filed).

///

///

///

1

**3.    In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy**.

No served defendant is a citizen of Nevada. Plaintiffs Yamika Arias, Jonel Hamlett, and their minor son, Ser Maddox Hamlett, are domiciled in Nevada, thereby establishing their Nevada citizenship for diversity purposes. Defendant Life Time, Inc. is a Minnesota corporation with its principal place of business located at 2902 Corporate Place, Chanhassen, Minnesota. As a result, complete diversity exists between the parties under 28 U.S.C. § 1332.

The Complaint asserts causes of action for intentional infliction of emotional distress, negligent infliction of emotional distress, breach of contract, and breach of the implied covenant of good faith and fair dealing. Each claim specifically and distinctly seeks damages of no less than $15,000 each, establishing a minimum base claim of $60,000. When applying a typical contingency fee of approximately 33% to this base amount, the effective claim increases by roughly $19,800—raising the minimum amount in controversy to approximately $79,800. Moreover, the Complaint includes additional claims for emotional distress, punitive damages, and other compensatory relief.  Additionally, Plaintiff submitted a pre-litigation settlement demand of $987,500 to Life Time which it rejected. These factors conclusively demonstrate that the amount in controversy far exceeds the $75,000 threshold required for diversity jurisdiction.

**4.    If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal**.

This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it was filed within 30 days of Defendant Life Time, Inc.'s receipt of the initial pleadings on January 16, 2025 (the Notice is filed on February 13, 2025).

///

///

///

2

**5.    In actions removed on the basis of the court's jurisdiction in which the state court action was commended more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court**.

Not applicable.

**6.    The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and reasons they did not.**

Not applicable.

Dated: February 17, 2025.                    **LITCHFIELD CAVO LLP**

By: _____

MARISA POCCI, ESQ.
Nevada Bar No. 10720
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: Pocci@litchfieldcavo.com
Email: Xara@LitchfieldCavo.com
*Attorney for Defendant Life Time Inc.*

3

**CERTIFICATE OF SERVICE**

I, Hilary Rainey, certify that I am an employee of the law offices of Litchfield Cavo LLP and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I also further certify that the service of the **DEFENDANT LIFE TIME, INC.'S STATEMENT REGARDING REMOVAL PURSUANT WITH ECF NO. 3** was made on the 17th day of February, 2025, on all parties in this action, by causing a true copy thereof to be distributed as follows:

X     By Notice of Case Management/Electronic Case Filing (CM/ECF) of the United States District Court, District of Nevada, to the individuals and/or entities on the ECF Service List;

\_\_     And by U.S. Mail, postage prepaid, thereon to:

Dated this 17th day of February, 2025.

_____

Hilary Rainey

4